IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE MCGOVERAN, JOSEPH VALENTINE, and AMELIA RODRIGUEZ, on behalf of themselves and all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON WEB SERVICES, INC. and PINDROP SECURITY, INC., <br><br> Defendants. | Case No. 3:20-CV-31-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of September 18, 2020 (Doc. 67), this action is **DISMISSED without prejudice.**

DATED: September 18, 2020

MARGARET M. ROBERTIE,
Clerk of Court

By:  s/ *Deana Brinkley*
　　　　Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge